UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICTOR T.B. EVENSON,

    Plaintiff,

v.

DOUG HIGGINS, *et al*.,

    Defendants

Case No.  C04-5810RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED WITH PREJUDICE** as time barred for the reasons outlined in the Report and Recommendation.

(3)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. J. Kelley Arnold.

DATED this 24th day of June, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1